Joseph R. Donohue, Esq. (BBO# 547320)
DONOHUE & ASSOCIATES
The Charlestown Navy Yard
Shipway Place Unit C2
Boston, Massachusetts 02129
Telephone: (508) 641-8848
Email: jrdonohuelaw@gmail.com

Steven G. Storch, Esq. (to seek admission *pro hac vice*)
STORCH AMINI PC
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Telephone: (212) 490-4100
Email: sstorch@storchamini.com

*Attorneys for Plaintiff Sterling Suffolk Racecourse, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

| | | |
|---|---|---|
| STERLING SUFFOLK RACECOURSE, LLC, | : | Docket No. ____ CV _____ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WYNN RESORTS, LTD; WYNN MA, LLC; | : | **PLAINTIFF'S RULE 7.1** |
| STEPHEN WYNN; KIMMARIE SINATRA; | : | **CORPORATE DISCLOSURE** |
| MATTHEW MADDOX; PAUL LOHNES | : | **STATEMENT** |
| And FBT EVERETT REALTY, LLC, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sterling Suffolk Racecourse, LLC has no parent corporation and 10% or more of its ownership interests are owned by Vornado Realty Trust, a publicly traded company on the NYSE (VNO).

Dated: September 17, 2018					DONOHUE & ASSOCIATES

					By:	/s/ Joseph R. Donohue
						Joseph R. Donohue (BBO# 547320)
						The Charlestown Navy Yard
						Shipway Place Unit C2
						Boston, Massachusetts 02129
						Telephone: (508) 641-8848
						Email: jrdonohuelaw@gmail.com

						Steven G. Storch (to seek admission *pro hac vice*)
						STORCH AMINI PC
						2 Grand Central Tower
						140 East 45th Street, 25th Floor
						New York, NY  10017
						Telephone: (212) 490-4100
						Email: sstorch@storchamini.com

						*Attorneys for Plaintiff*
						*Sterling Suffolk Racecourse, LLC*