UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x

| | | |
|---|---|---|
| STERLING SUFFOLK RACECOURSE, LLC, | : | Docket No.  18-cv-11963-DLC |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WYNN RESORTS, LTD; WYNN MA, LLC; | : | **NOTICE OF VOLUNTARY** |
| STEPHEN WYNN; KIMMARIE SINATRA; | : | **DISMISSAL PURSUANT TO** |
| MATTHEW MADDOX; PAUL LOHNES | : | **F.R.C.P. 41(a)(1)(A)(i)** |
| And FBT EVERETT REALTY, LLC, | : | |
| | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Sterling Suffolk Racecourse LLC hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Paul Lohnes and continues against all other named defendants.

Dated: November 2, 2018		DONOHUE & ASSOCIATES

By:	  /s/ Joseph R. Donohue
	Joseph R. Donohue (BBO# 547320)
	The Charlestown Navy Yard
	Shipway Place Unit C2
	Boston, Massachusetts 02129
	Telephone: (508) 641-8848
	Email: jrdonohuelaw@gmail.com

	Steven G. Storch (to seek admission *pro hac vice*)
	STORCH AMINI PC
	2 Grand Central Tower
	140 East 45th Street, 25th Floor
	New York, NY  10017
	Telephone: (212) 490-4100
	Email: sstorch@storchamini.com

	*Attorneys for Plaintiff*
	*Sterling Suffolk Racecourse, LLC*