# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

STERLING SUFFOLK RACECOURSE, LLC

*Plaintiff*

v.

Civil Action No.:
**1:18-CV-11963-DLC**

WYNN RESORTS, LTD., ET AL.

*Defendant*

*A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WYNN RESORTS, LTD.
C/O CT CORPORATION SYSTEM
155 FEDERAL ST., STE 700
BOSTON, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph R. Donohue, Esq. (BBO# 547320), DONOHUE & ASSOCIATES
The Charlestown Navy Yard, Shipway Place Unit C2
Boston, Massachusetts 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Timothy DeMaria

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2018-09-19 09:38:34.0, Clerk USDC DMA

Civil Action No.: **1:18-CV-11963-DLC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __WYNN RESORTS, LTD.__
was received by me on (date) __11/1/18__.  __C/O CT CORP, 155 FEDERAL ST. BOSTON, MA__

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __FRED MONIA - CLERK__, who is
designated by law to accept service of process on behalf of (name of organization) __WYNN RESORTS, LTD.__
_____ on (date) __11/2/18__; or
                                      __11:00 AM__

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ __65__.

I declare under penalty of perjury that this information is true.

__11/2/18__
Date

_____
Server's Signature

__MICHAEL STEELE - PROCESS SERVER__
Printed name and title

QUICKSERV, INC.
P.O. Box 869103
Milton, MA 02186
Server's Address

Additional information regarding attempted service, etc: