IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; and FBT EVERETT REALTY, LLC,<br><br>Defendants. | Civil Action No.<br>1:18-cv-11963-DLC |

## **NOTICE OF APPEARANCE OF CHRISTOPHER WELD, JR.**

Pursuant to Local Rule 83.5.2, Defendant FBT Everett Realty, LLC ("FBT") respectfully asks the Court to enter the appearance of Christopher Weld, Jr. of Todd & Weld LLP as counsel for FBT in the above-captioned matter.

Respectfully submitted,

FBT EVERETT REALTY, LLC.

By its attorneys,

/s/ Christopher Weld, Jr.
CHRISTOPHER WELD, JR. (BBO #522230)
cweld@toddweld.com
CHRISTIAN G. KIELY (BBO #684308)
ckiely@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Tel: (617) 720-2626
Fax: (617) 227-5777

Dated: November 21, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on November 21, 2018.

                                        /s/ Christopher Weld, Jr.
                                        Christopher Weld, Jr.