## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

STERLING SUFFOLK RACECOURSE, LLC, )
)
       Plaintiff, )
)    Civil Action No.
v. )    1:18-cv-11963-DLC
)
WYNN RESORTS, LTD; WYNN MA, LLC; )
STEPHEN WYNN; KIMMARIE SINATRA; )
MATTHEW MADDOX; and FBT EVERETT )
REALTY, LLC, )
)
       Defendants. )
_____ )

## <u>NOTICE OF APPEARANCE OF CHRISTIAN G. KIELY</u>

     Pursuant to Local Rule 83.5.2, Defendant FBT Everett Realty, LLC ("FBT") respectfully

asks the Court to enter the appearance of Christian G. Kiely of Todd & Weld LLP as counsel for

FBT in the above-captioned matter.

                                Respectfully submitted,


                                FBT EVERETT REALTY, LLC.


                                By its attorneys,

                                /s/ Christian G. Kiely       

                                CHRISTOPHER WELD, JR. (BBO #522230)
                                cweld@toddweld.com
                                CHRISTIAN G. KIELY (BBO #684308)
                                ckiely@toddweld.com
                                TODD & WELD LLP
                                One Federal Street, 27th Floor
                                Tel: (617) 720-2626
                                Fax: (617) 227-5777

Dated:  November 21, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on November 21, 2018.

/s/ Christian G. Kiely
Christian G. Kiely