IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 1:18-cv-11963-DLC |
| WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; and FBT EVERETT REALTY, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

## **DEFENDANT FBT EVERETT REALTY, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that FBT Everett Realty, LLC has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

FBT EVERETT REALTY, LLC.

By its attorneys,

/s/ Christian G. Kiely

CHRISTOPHER WELD, JR. (BBO #522230)
cweld@toddweld.com
CHRISTIAN G. KIELY (BBO #684308)
ckiely@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor

Tel: (617) 720-2626
Fax: (617) 227-5777

Dated: November 21, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on November 21, 2018.

/s/ Christian G. Kiely
Christian G. Kiely