IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

STERLING SUFFOLK RACECOURSE, LLC,

    Plaintiff,

v.

WYNN RESORTS, LTD; WYNN MA, LLC;
STEPHEN WYNN; KIMMARIE SINATRA;
MATTHEW MADDOX; and FBT EVERETT
REALTY, LLC,

    Defendants.
_____

Civil Action No.
1:18-cv-11963-DLC

## JOINT STIPULATION EXTENDING TIME FOR FBT EVERETT REALTY, LLC TO RESPOND TO COMPLAINT

Plaintiff Sterling Suffolk Racecourse, LLC ("Sterling") and Defendant FBT Everett Realty, LLC ("FBT") hereby jointly agree and stipulate that FBT shall have until December 21, 2018 to respond to Sterling's Complaint.

Respectfully submitted,

| STERLING SUFFOLK RACECOURSE, LLC | FBT EVERETT REALTY, LLC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Steven G. Storch | /s/ Christopher Weld, Jr. |
| STEVEN G. STORCH | CHRISTOPHER WELD, JR. (BBO #522230) |
| (to be admitted pro hac vice) | cweld@toddweld.com |
| sstorch@storchamini.com | CHRISTIAN G. KIELY (BBO #684308) |
| STORCH AMINI PC | ckiely@toddweld.com |
| Two Grand Central Tower | TODD & WELD LLP |
| 140 East 45th Street, 25th Floor | One Federal Street, 27th Floor |
| New York, NY 10017 | Tel: (617) 720-2626 |
| Tel: (212) 490-4100 | Fax: (617) 227-5777 |
| Fax: (212) 490-4208 | |

Dated: November 21, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on November 21, 2018.

/s/ Christopher Weld, Jr.
Christopher Weld, Jr.