# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; PAUL LOHNES; and FBT EVERETT REALTY, LLC;<br><br>Defendants. | CIVIL ACTION<br>Case No. 1:18-cv-11963-DLC |

## ASSENTED-TO MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Peter A. Biagetti, a member of the bar of this Court and attorney for Defendants Wynn Resorts, Ltd., Wynn MA, LLC, and Matthew Maddox, move to admit attorney Mark Holscher to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Mark Holscher, which states that he is a member in good standing of the bar of California, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE,** Defendants Wynn Resorts, Ltd, Wynn MA, LLC, and Matthew Maddox request that the Court grant this motion to admit Mark Holscher *pro hac vice*.

Dated: November 21, 2018

Respectfully Submitted,

**WYNN RESORTS, LTD., WYNN MA, LLC, and MATTHEW MADDOX**

By their counsel,

/s/ *Peter A. Biagetti*
Peter A. Biagetti, BBO # 042310
Samuel M. Starr, BBO #477353
Mintz, Levin, Cohn, Ferris,
   Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Phone: 617.542.6000
Fax: 617.542.2241
PABiagetii@mintz.com
TStarr@mintz.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Defendants has conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issues raised by this motion, and counsel for Plaintiff has assented.

*/s/ Peter A. Biagetti*
Peter A. Biagetti

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Peter A. Biagetti*
Peter Biagetti

82755649v.1