UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; PAUL LOHNES; and FBT EVERETT REALTY, LLC;<br><br>Defendants. | CIVIL ACTION<br>Case No. 1:18-cv-11963-DLC |

## AFFIDAVIT OF MARK HOLSCHER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE UNDER LOCAL RULE 83.5.3(B)

I, Mark Holscher, hereby certify as follows:

1. My name is Mark Holscher.

2. I am a member of the law firm Kirkland & Ellis LLP, 333 South Hope Street, Los Angeles, California 90071, 213-680-8190, mark.holscher@kirkland.com.

3. I seek to appear on behalf of Defendants Wynn Resorts, Ltd., Wynn MA, LLC, and Matthew Maddox.

4. I have been admitted to practice before the Bar of the State of California and the following courts:

| | DATE ADMITTED |
|---|---|
| U.S. Court of Appeals, Ninth Circuit | 1989 |
| USDC, Central District of California | 06/06/1989 |
| USDC, Southern District of California | 11/18/2004 |
| Fifth Circuit Court of Appeals | 12/01/2006 |
| USDC, Southern District of Texas | 12/10/2007 |

5. I am a member in good standing of each bar of which I am a member, and there are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury, this 20 day of November, 2018.

*/s/ Mark Holscher*
Mark Holscher

Dated: November 20, 2018

82755361v.2