# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; and FBT EVERETT REALTY, LLC,<br><br>        Defendants. | No. 1:18-cv-11963-DLC |

## NOTICE OF APPEARANCE OF BRIAN T. KELLY

Pursuant to Local Rule 83.5.2, please enter the appearance of Brian T. Kelly as an attorney for Stephen A. Wynn in the above-captioned action.

        Respectfully submitted,

        STEPHEN A. WYNN

        By his attorneys,

        */s/ Brian T. Kelly*
        Brian T. Kelly (BBO No. 549566)
        Joshua C. Sharp (BBO No. 681439)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02114
        617-345-1000
        bkelly@nixonpeabody.com
        jsharp@nixonpeabody.com

Dated:  November 29, 2018

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the forgoing was filed electronically on November 29, 2018, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                */s/ Joshua C. Sharp*
                Joshua C. Sharp