# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; and FBT EVERETT REALTY, LLC,<br><br>    Defendants. | No. 1:18-cv-11963-DLC |

## NOTICE OF APPEARANCE OF JOSHUA C. SHARP

Pursuant to Local Rule 83.5.2, please enter the appearance of Joshua C. Sharp as an attorney for Stephen A. Wynn in the above-captioned action.

                Respectfully submitted,

                STEPHEN A. WYNN

                By his attorneys,

                */s/ Joshua C. Sharp*
                Brian T. Kelly (BBO No. 549566)
                Joshua C. Sharp (BBO No. 681439)
                NIXON PEABODY LLP
                100 Summer Street
                Boston, MA 02114
                617-345-1000
                bkelly@nixonpeabody.com
                jsharp@nixonpeabody.com

Dated:  November 29, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing was filed electronically on November 29, 2018, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp
