# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

STERLING SUFFOLK RACECOURSE, LLC,

                    Plaintiff,

v.                                                                  No. 1:18-cv-11963-DLC

WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN
WYNN; KIMMARIE SINATRA; MATTHEW
MADDOX; and FBT EVERETT REALTY, LLC,

                    Defendants.

## STIPULATION EXTENDING TIME FOR STEPHEN A. WYNN
## TO RESPOND TO THE COMPLAINT

Plaintiff Sterling Suffolk Racecourse, LLC and Defendant Stephen A. Wynn hereby

jointly agree and stipulate that Mr. Wynn shall have until January 10, 2018 to respond to the

complaint.


Respectfully submitted,

STERLING SUFFOLK RACECOURSE, LLC          STEPHEN A. WYNN

By its attorney,                                           By his attorneys,


*/s/ Joseph R. Donohue*                                */s/ Joshua C. Sharp*
Joseph R. Donohue (BBO No. 547320)          Brian T. Kelly (BBO No. 549566)
Donohue & Associates                                 Joshua C. Sharp (BBO No. 681439)
The Charlestown Navy Yard                         NIXON PEABODY LLP
Shipway Place Unit C-2                               100 Summer Street
Boston, MA 02129                                      Boston, MA 02114
508-641-8848                                            617-345-1000
jrdonohuelaw@gmail.com                            bkelly@nixonpeabody.com
                                                              jsharp@nixonpeabody.com


Dated:  November 29, 2018

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the forgoing was filed electronically on November 29, 2018, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp
