IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WYNN RESORTS, LTD; WYNN MA, LLC; ) <br> STEPHEN WYNN; KIMMARIE SINATRA; ) <br> MATTHEW MADDOX; and FBT EVERETT ) <br> REALTY, LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 1:18-cv-11963-PBS |

## ASSENTED-TO MOTION TO FURTHER EXTEND TIME FOR FBT EVERETT REALTY, LLC TO RESPOND TO COMPLAINT

Defendant FBT Everett Realty, LLC ("FBT") hereby requests that the Court further extend the time for FBT to respond to Plaintiff Sterling Suffolk Racecourse, LLC's ("Sterling") Complaint through and including January 18, 2019. Sterling assents to this request.

        Respectfully submitted,

        FBT EVERETT REALTY, LLC.

        By its attorneys,

        /s/ Christian G. Kiely
        CHRISTOPHER WELD, JR. (BBO #522230)
        cweld@toddweld.com
        CHRISTIAN G. KIELY (BBO #684308)
        ckiely@toddweld.com
        TODD & WELD LLP
        One Federal Street, 27th Floor
        Tel: (617) 720-2626
Dated: December 20, 2018        Fax: (617) 227-5777

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for FBT conferred with counsel for Sterling, Steven Storch, Esq., and that Sterling assents to the relief requested in this motion.

/s/ Christian G. Kiely
Christian G. Kiely

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on December 20, 2018.

/s/ Christian G. Kiely
Christian G. Kiely