IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC;<br>STEPHEN WYNN; KIMMARIE SINATRA;<br>MATTHEW MADDOX; and FBT EVERETT<br>REALTY, LLC,<br><br>       Defendants. | Civil Action No.<br>1:18-cv-11963-PBS |

## ASSENTED-TO MOTION TO FURTHER EXTEND TIME FOR FBT EVERETT REALTY, LLC TO RESPOND TO COMPLAINT

Defendant FBT Everett Realty, LLC ("FBT") hereby requests that the Court further

extend the time for FBT to respond to Plaintiff Sterling Suffolk Racecourse, LLC's ("Sterling")

Complaint through and including January 18, 2019.  Sterling assents to this request.


Respectfully submitted,


FBT EVERETT REALTY, LLC.

By its attorneys,


/s/ Christian G. Kiely
CHRISTOPHER WELD, JR. (BBO #522230)
cweld@toddweld.com
CHRISTIAN G. KIELY (BBO #684308)
ckiely@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Tel: (617) 720-2626
Fax: (617) 227-5777

Dated:  December 20, 2018