# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　*v.*<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; and FBT EVERETT REALTY, LLC,<br><br>　　　　　　Defendants. | Docket No. 1:18-CV-11963-PBS |

## NOTICE OF APPEARANCE OF DOUGLAS H. MEAL

PLEASE TAKE NOTICE that Douglas H. Meal, a member of the Bar of this Court, hereby enters his appearance as counsel for Defendant Kimmarie Sinatra in the above-captioned action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**KIMMARIE SINATRA**

　　　　　　　　　　　　　　　　　　By counsel,

　　　　　　　　　　　　　　　　　　/s/ *Douglas H. Meal*
　　　　　　　　　　　　　　　　　　Douglas H. Meal (Bar # 340971)
　　　　　　　　　　　　　　　　　　Orrick, Herrington & Sutcliffe LLP
　　　　　　　　　　　　　　　　　　500 Boylston Street, Suite 1850
　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　617-880-1800
　　　　　　　　　　　　　　　　　　dmeal@orrick.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*Kimmarie Sinatra*

## CERTIFICATE OF SERVICE

     I certify that on January 3, 2019, I filed the above document using the CM/ECF system, which caused a true copy to be served by email on all registered participants.

|  |  |
|---|---|
| By: | /s/ *Douglas H. Meal* |
|  | Douglas H. Meal |
|  | Orrick, Herrington & Sutcliffe LLP |
|  | 500 Boylston Street, Suite 1850 |
|  | Boston, MA 02116 |
|  | 617-880-1800 |
|  | dmeal@orrick.com |