UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>v.<br><br>WYNN RESORTS, LTD, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No: 18-CV-11963-PBS<br>)<br>)<br>)<br>) |

**DEFENDANT FBT EVERETT REALTY LLC'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

For the reasons set forth in its accompanying memorandum of law, Defendant FBT Everett Realty LLC respectfully moves to dismiss with prejudice, and without further leave to amend, Plaintiff Sterling Suffolk Racecourse, LLC's amended complaint.

DATED: March 5, 2019                    Respectfully submitted,

/s/ Aaron M. Katz_____
Joshua S. Levy (BBO# 563017)
Joshua.Levy@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

Christopher Weld, Jr.
cweld@toddweld.com (BBO# 522230)
Christian G. Kiely (BBO# 684308)
ckiely@toddweld.com
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2600

## CERTIFICATE OF SERVICE

    I, Aaron M. Katz, hereby certify that, on March 5, 2019, true and accurate copies of the foregoing were served on counsel for all parties through ECF.

/s/ Aaron M. Katz  
Aaron M. Katz
