# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; PAUL LOHNES; and FBT EVERETT REALTY, LLC;<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>Case No. 1:18-cv-11963-PBS<br><br>**ORAL ARGUMENT REQUESTED** |

## WYNN RESORTS, LTD, WYNN MA, LLC AND MATTHEW MADDOX'S SPECIAL MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to the Massachusetts anti-SLAPP statute, G.L. c. 231 § 59H, defendants Wynn Resorts, LTD, Wynn MA, LLC and Matthew Maddox move to dismiss the three state-law claims alleged by plaintiff Sterling Suffolk Racecourse, LLC in its First Amended Complaint because they all arise from protected petitioning activity. Defendants also respectfully request an award of costs and reasonable attorneys' fees as mandated by G.L. c. 231 § 59H.

In support of this Special Motion to Dismiss, defendants rely on the accompanying Memorandum of Law and its exhibit.

## **REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument to assist this Court in deciding this Special Motion to Dismiss.

Respectfully submitted,

**WYNN RESORTS, LTD, WYNN MA, LLC, and MATTHEW MADDOX**

By their counsel,

/s/ *Peter A. Biagetti*
Peter A. Biagetti, BBO # 042310
Samuel M. Starr, BBO #477353
Mintz, Levin, Cohn, Ferris,
    Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Phone: 617.542.6000
Fax: 617.542.2241
PABiagetti@mintz.com
TStarr@mintz.com

and

Mark Holscher (*pro hac vice* motion forthcoming)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Phone: 213-680-8190
Fax: 213-808-8097
Mark.holscher@kirkland.com

March 8, 2018

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I certify that counsel for Defendants has conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issues raised by this motion.

> */s/ Peter A. Biagetti*
> Peter A. Biagetti

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 8, 2018.

> /s/ *Peter A. Biagetti*
> Peter A. Biagetti

85485276v.1