# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LTD; WYNN MA, LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; and FBT EVERETT REALTY, LLC,<br><br>Defendants. | No. 1:18-cv-11963 PBS |

### DEFENDANT STEPHEN WYNN'S
### MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendant Stephen Wynn hereby moves to dismiss the Amended Complaint.

### REQUEST FOR ORAL ARGUMENT

Mr. Wynn respectfully requests oral argument on this Motion.

Respectfully submitted,

STEPHEN A. WYNN

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
617-345-1000

2

Dated: March 8, 2019                                          bkelly@nixonpeabody.com
                                                              jsharp@nixonpeabody.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issues raised by this motion.

*/s/ Joshua C. Sharp*
Joshua C. Sharp

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on March 8, 2019, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp