

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Joshua Sharp
*Associate*
T 617-345-1135
jsharp@nixonpeabody.com

Exchange Place
53 State Street
Boston, MA  02109-2835
617-345-1000

March 11, 2019

**BY ECF**

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  *Sterling Suffolk Racecourse LLC v. Wynn Resorts Ltd. et al.*, No. 1:18-cv-11963-PJS

Dear Chief Judge Saris:

I write regarding the Order (Dkt. 86) entered on the docket this afternoon striking Stephen Wynn's Memorandum in Support of Motion to Dismiss the First Amended Complaint (Dkt. 84). The Court's Order states that Mr. Wynn's Memorandum was stricken because it was "redacted without permission."

Please note that Mr. Wynn's Memorandum itself does not contain any redactions.  There are, however, redactions on Exhibit A to the Maynard Declaration.  As set forth in paragraph 3 of Attorney Maynard's declaration, Exhibit A is a true and correct copy of the Report of Suitability of Applicant Entities and Individual Qualifiers for Wynn MA LLC ("the Report") that was posted to the website of the Massachusetts Gaming Commission.  The version of the Report posted to the Massachusetts Gaming Commission's website contains pre-existing redactions. None of the redactions were added by counsel for Mr. Wynn, and counsel for Mr. Wynn does not have access to the unredacted Report.

Because counsel for Mr. Wynn did not add any redactions to Dkt. 84, I respectfully request that the Court modify its Order (Dkt. 86) so as not to strike Stephen Wynn's Memorandum in Support of Motion to Dismiss the First Amended Complaint (Dkt. 84).

Respectfully,

/s/ Joshua Sharp

Joshua Sharp

cc: All counsel (via ECF)

March 11, 2019  
Page 2

NIXON PEABODY LLP  
ATTORNEYS AT LAW

NIXONPEABODY.COM  
@NIXONPEABODYLLP

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing was filed electronically on March 11, 2019, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                          */s/ Joshua Sharp*  
                                          Joshua Sharp