IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYNN RESORTS, LTD; WYNN MA, LLC; )<br>STEPHEN WYNN; KIMMARIE SINATRA; )<br>MATTHEW MADDOX; and FBT EVERETT )<br>REALTY, LLC, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>1:18-cv-11963-PBS |

**ASSENTED-TO MOTION TO FILE CONSOLIDATED**
**OPPOSITION BRIEF NOT EXCEEDING 80 PAGES**

Plaintiff Sterling Suffolk Racecourse, LLC ("SSR" or "Plaintiff") hereby moves, with the consent of all defendants for confirmation that its consolidated opposition brief to all motions to dismiss the First Amended Complaint filed by the various defendants (Docket Nos. 72-73, 75-84) may be up to 80 pages in length.

In support of this motion SSR states as follows:

1. This is a civil RICO case against multiple defendants with multiple additional state-law causes of action alleged. Defendants have collectively filed five motions to dismiss plus a special motion under the Massachusetts "anti-SLAPP" statute, supported by six separate briefs totaling 107 pages. As stated in previous scheduling motions approved by the Court (Docket Nos. __) SSR believes a single consolidated opposition rather than six separate briefs (potentially of 20 pages each as of right) will be more efficient for all concerned, including the Court.

1

2. As predicted in its previous motions, SSR has not required as much as 107 pages to respond to all the arguments raised in the defendants' 107 pages of briefing, but has been able to keep its consolidated opposition brief to under 80 pages. All defendants, through their counsel, have consented to the filing of SSR's consolidated opposition brief not to exceed 80 pages in length.

WHEREFORE, for the foregoing reasons, SSR respectfully requests that the Court grant this motion, to the extent Court approval is required, and accept for filing the consolidated opposition brief being filed today with a length not exceeding 80 pages.

    Respectfully submitted,

    /s/ Steven G. Storch
    Steven G. Storch (admitted *pro hac vice*)
    John W. Brewer (admitted *pro hac vice*)
    Kelly McCullough (admitted *pro hac vice*)
    Storch Amini PC
    2 Grand Central Tower
    140 East 45th Street, 25th Floor
    New York, NY  10017
    Telephone: (212) 490-4100
    Email: sstorch@storchamini.com
    Email: jbrewer@storchamini.com
    Email: kmccullough@storchamini.com

    Inga S. Berstein (BBO #627251)
    David A. Russcol (BBO #670768)
    Zalkind Duncan & Bernstein LLP
    65A Atlantic Avenue
    Boston, Massachusetts  02110
    Telephone: (617) 742-6020
    Email: iberstein@zalkindlaw.com
    Email: drusscol@zalkindlaw.com

    Joseph R. Donohue (BBO# 547320)
    Donohue & Associates
    The Charlestown Navy Yard, Shipway Place Unit C2
    Boston, Massachusetts 02129
    Telephone: (508) 641-8848
    Email: jrdonohuelaw@gmail.com

    *Attorneys for Plaintiff Sterling Suffolk Racecourse, LLC*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I certify that counsel for Plaintiff has conferred with counsel for all Defendants in a good faith attempt to resolve or narrow the issues raised by this motion, and counsel for all Defendants have assented.

/s/ Steven G. Storch
Steven G. Storch

**CERTIFICATE OF SERVICE**

I certify that this Motion was filed electronically through the Court's CM/ECF system on April 5, 2019 and served electronically on all counsel of record.

/s/ Steven G. Storch
Steven G. Storch